# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Christopher Hawksley | ) | |
|     *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.    3:16-cv-00205-RGJ |
| | ) | |
| Weltman, Weinberg & Reis Co., L.P.A. | ) | |
| *Assumed name for* | ) | |
| Weltman, Weinberg & Reis Co., PSC | ) | |
|     *Defendant* | ) | |
| | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WELTMAN, WEINBERG & REIS CO., L.P.A.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Christopher Hawksley and Defendant Weltman, Weinberg & Reis Co., L.P.A., assumed name for Weltman, Weinberg & Reis Co., PSC, hereby jointly request that this Court dismiss with prejudice Plaintiff's claims against Defendant in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees.

HAVE SEEN AND APPROVED:

| | |
|---|---|
| /s/ James H. Lawson | /s/ Jordan M. White (by permission) |
| **James H. Lawson** | Gregory S. Berman |
| *Lawson at Law, PLLC* | Jordan M. White |
| 115 S. Sherrin Avenue, Suite 5 | *Wyatt, Tarrant & Combs, LLP* |
| Louisville, KY 40207 | 500 West Jefferson Street, Suite 2800 |
| Tel:    (502) 473-6525 | Louisville, KY 40202-2898 |
| Fax:   (502) 473-6561 | Tel:    (502) 589-5235 |
| james@kyconsumerlaw.com | gberman@wyattfirm.com |
| *Counsel for Plaintiff* | jwhite@wyattfirm.com |
| *Christopher Hawksley* | *Counsel for Defendant* |
| | *Weltman, Weinberg & Reis Co., L.P.A.* |

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:     (502) 371-2179
Fax:    (502) 257-7309
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Christopher Hawksley*