# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Christopher Hawksley<br>*Plaintiff* | )<br>)<br>) | |
| v. | )<br>) | Case No.  3:16-cv-00205-RGJ |
| Weltman, Weinberg & Reis Co., L.P.A.<br>*Assumed name for*<br>Weltman, Weinberg & Reis Co., PSC<br>*Defendant* | )<br>)<br>)<br>)<br>) | |

### ORDER DISMISSING WITH PREJUDICE AS TO DEFENDANT WELTMAN, WEINBERG & REIS CO., L.P.A.

Plaintiff Christopher Hawksley and Defendant Weltman, Weinberg & Reis Co., L.P.A., assumed name for Weltman, Weinberg & Reis Co., PSC, having jointly stipulated that this case be dismissed with prejudice as to all claims against Weltman, Weinberg & Reis Co., L.P.A., assumed name for Weltman, Weinberg & Reis Co., PSC, as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Christopher Hawksley's claims against Defendant Weltman, Weinberg & Reis Co., L.P.A., assumed name for Weltman, Weinberg & Reis Co., PSC, in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and fees.

APPROVED BY:

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Christopher Hawksley*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel:   (502) 371-2179
Fax:   (502) 257-7309
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Christopher Hawksley*

/s/ Jordan M. White (by permission)
Gregory S. Berman
Jordan M. White
*Wyatt, Tarrant & Combs, LLP*
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
Tel:   (502) 589-5235
gberman@wyattfirm.com
jwhite@wyattfirm.com
*Counsel for Defendant*
*Weltman, Weinberg & Reis Co., L.P.A.*